# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0422

VERSUS

BENJAMIN CRAIG HOLBERT

**AUGUST 21, 2023**

---

In Re:   Benjamin Craig Holbert, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, Nos. 587172, 589636, 589637.

---

**BEFORE:   LANIER, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

**WIL**
**SMM**

**Hester, J.**, dissents and would grant the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT